In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-07-146 CV


____________________



DENNIS R. SAGER, Appellant



V.



HUDSON & KEYSE, L.L.C., Appellee






On Appeal from the County Court at Law No. 2


Montgomery County, Texas


Trial Cause No. 06-07-07077-CV






MEMORANDUM OPINION


 The appellant, Dennis R. Sager, filed a motion to dismiss this appeal. The motion is
voluntarily made by the appellant prior to any decision of this Court and should be granted. 
Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. The motion to dismiss is
granted and the appeal is dismissed.

 APPEAL DISMISSED.

 

 ______________________________

 STEVE McKEITHEN

 Chief Justice


Opinion Delivered April 12, 2007

Before McKeithen, C.J., Gaultney and Kreger, JJ